UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RUBEN NUNEZ,

    Plaintiff,

v.                                                                     Case No. 18-cv-904-pp

UNITED OF OMAHA
LIFE INSURANCE COMPANY,

    Defendant.

## ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 27) AND DISMISSING CASE

On June 5, 2019, the parties filed a Joint Stipulation of Dismissal with Prejudice. Dkt. No. 27. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own attorney fees and costs.

Dated in Milwaukee, Wisconsin this 6th day of June, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**